**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00013-CV**

———————————

**MARIA NAVA HERNANDEZ, Appellant**

**V.**

**GSMV THE BELLFORT OWNER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1260922**

---

**MEMORANDUM OPINION**

Appellant is attempting to appeal from a final judgment signed on October 20, 2025. The clerk's record contains no post-judgment motion that would extend the deadline for filing a notice of appeal. Appellant filed her notice of appeal on December 12, 2025. We issued a notice that the Court might dismiss her appeal

unless she filed a response establishing this Court's jurisdiction and appellant did not respond. We dismiss.

A notice of appeal is generally required to be filed within thirty days after judgment is signed. *See* TEX. R. APP. P. 26.1. This deadline may be extended to ninety days after the judgment is signed if appellant files a timely post-judgment motion such as a motion for new trial. *See* TEX. R. CIV. P. 329b. The appellate court may also extend the time to file the notice of appeal if, within fifteen days after the deadline for filing the notice, appellant files the notice of appeal in the trial court and a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3.

In this case, appellant did not file a notice of appeal until more than fifty-three (53) days after the judgment was signed. The provision for extension of time to file the notice of appeal in Rule 26.3 was inapplicable because appellant did not file the notice of appeal within fifteen days after the deadline. *See id.* Because the notice of appeal was not timely filed, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 928 (Tex. 2005).

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.